MAX LOEWINTHAN, Appellant, *v.* BETH DAVID HOSPITAL et al., Respondents, Impleaded with Others.

Submitted May 25, 1942; decided June 18, 1942.

*Sidney M. Wittner* for motion.
*David J. Rosen* and *William A. Michaels* opposed.

Motion for leave to appeal granted as against defendants Ascher and Loventhal, dismissed as to LeVine and Sachs and denied as to all other defendants.